UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONTAY RACHON SHACKELFORD,<br>Petitioner,<br>v.<br>PEOPLE OF CALIFORNIA,<br>Respondent. | Case No. 21-cv-00826-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus if he is convicted and thereafter exhausts state court remedies.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 16, 2021

_____
SUSAN ILLSTON
United States District Judge